# Exhibit A

Filed by: FAX
Date: Case 2:24-cv-00591-EEF-DPC   Document 1-1   Filed 03/08/24   Page 2 of 35
RECEIVED VIA MAIL
Time: _10:30 Am_
FILED FOR RECORD 01/29/2024 11:56:27
Deputy Clerk: _____
Gerson J. Caballero, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 850- 528

DIVISION " "

**K**

### CHRISTIAN HARVEY

### VERSUS

### AMAZON.COM, INC. and SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI d/b/a "EJOYOUS"

FILED:_____          _____

**DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of Christian Harvey, resident(s) of the Parish of Jefferson, State of Louisiana,

respectfully represents that:

1.

Made defendants herein are:

a) **AMAZON.COM, INC.**, a foreign corporation doing business in the state of Louisiana
that can be served via the Louisiana Long Arm statute through its registered agent for
service of process, Corporation Service Company, 300 Deschutes Way SW, Suite 208
MC-CSC1, Tumwater, WA 98501;

b) **AMAZON SERVICES, LLC**, a foreign corporation doing business in the state of
Louisiana that can be served via the Louisiana Long Arm statute through its registered
agent for service of process, Corporation Service Company, 300 Deschutes Way SW,
Suite 304, Tumwater, WA 98501;

c) **AMAZON CORPORATE, LLC**, a foreign corporation doing business in the state of
Louisiana that can be served via the Louisiana Long Arm statute through its registered
agent for service of process, Corporation Service Company, 300 Deschutes Way SW,
Suite 304, Tumwater, WA 98501;

d) **AMAZON GLOBAL RESOURCES, INC**, a foreign corporation doing business in
the state of Louisiana that can be served via the Louisiana Long Arm statute through
its registered agent for service of process, Corporation Service Company, 300
Deschutes Way SW, Suite 304, Tumwater, WA 98501;

e) **AMAZON PAYMENTS, INC. d/b/a AMAZON MARKETPLACE PAYMENTS**,



a foreign corporation doing business in the state of Louisiana that can be served via the Louisiana Long Arm statute through its registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802;

f) **AMAZON FULFILLMENT SERVICES, INC.**, a foreign corporation doing business in the state of Louisiana that can be served via the Louisiana Long Arm statute through its registered agent for service of process, Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501;

g) **AMAZON.COM KYDC, INC.**, a foreign corporation doing business in the state of Louisiana that can be served via the Louisiana Long Arm statute through its registered agent for service of process, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808;

h) **SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU**, a foreign corporation that is authorized to do and doing business in the State of Louisiana that can be served wherever found;

Sometimes hereinafter collectively referred to as "Defendants", who are truly and justly indebted unto your petitioner(s) for the following reasons to-wit:

2.

On or about the 17th day of January, 2023, your petitioner(s), Christian Harvey, was operating an "Ejoyous 2L Sauna Steamer Portable Sauna Steam Generator Home Spa Fumigation Machine Stainless Steel Therapy Steamer Pot with Remote Control for Body" manufactured and/or distributed by the Defendants AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC., and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU.

3.

While petitioner was using the portable sauna, suddenly and without warning, and through no fault of petitioner, the hot water hose pulled from the unit, spilling hot water onto petitioner, causing 2nd and 3rd degree burns to petitioner's right hip, buttock, and lower leg, and causing permanent injury. The burns were extensive enough to require a skin graft which occurred at University Medical Center a few days later.



4.

Defendant, Ejoyous/DUU, is a manufacturer as defined in LSA-R.S. 9:2800.53(1) of small appliances and small appliance equipment, including but not limited to the sauna which was purchased by Petitioner.

5.

The defendant, Ejoyous/DUU, is liable unto your petitioner under the Louisiana Products Liability Act, LSA-R.S. 9:2800.54 *et seq,* as its product, the aforesaid sauna, contained characteristics and components which made the sauna unreasonably dangerous while being used in a reasonably anticipated manner, and which defect(s) was (were) the sole and proximate cause of petitioner's accident and damages, and/or a proximate and/or contributing cause of the accident and damages which occurred on January 17, 2023, in the following respects:

(a) The sauna in question is and was unreasonably dangerous in its construction and/or composition;

(b) The sauna and the hot water hose and/or hose assembly were unreasonably dangerous in its design;

(c) The sauna was unreasonably dangerous in that it contained inadequate warning or warnings that the hot water hose and/or hose assembly could come loose, causing serious injuries to the user;

    a. The danger is not obvious to an ordinary and reasonable user such as your petitioner;

    b. Petitioner had no knowledge and no reason to know of the hazards; and

    c. Ejoyous/DUU knew or should have known of the hazard.

(d) The steamer is unreasonably dangerous in not conforming to an express warranty as made by defendant, Ejoyous/DUU; Petitioner was induced to use the steamer by the representation made; the express warranty was untrue and; the Petitioner sustained damages proximately caused because the warranty was untrue;

(e) The steamer was unreasonably dangerous in that the hot water hose and/or hose assembly was defective and failed;

(f) The defendant, Ejoyous/DUU, failed to inspect the steamer prior to sending the steamer into commerce for defective components, particularly the hot water hose and/or hose assembly;



(g) The defendant, Ejoyous/DUU, failed to properly train and assist dealers by warning of defects associated with the steamer;

(h) The defendant, Ejoyous/DUU, failed to notify steamer owners that the steamer contained a defect which had been causing problems for owners of the same model which defect was an unreasonable risk of harm which was foreseeable to which Ejoyous/DUU had actual and/or constructive notice;

(i) The defendant, Ejoyous/DUU, failed to recall all steamer models because it knew or reasonably should have known that the hot water hose and/or hose assembly was defective, unreasonably dangerous and having the potential to come loose, causing injury to its user;

(j) The defendant, Ejoyous/DUU, created the condition, by installing the defective component which caused petitioner's injury and/or had actual and constructive notice of the unreasonable risk of harm which caused petitioner's injuries and damages;

(k) The defendant Ejoyous/DUU failed to reasonably correct the defective condition once it had constructive and actual notice of the defect in the hot water hose and/or hose assembly;

(l) The defendant Ejoyous/DUU failed to implement corrective measures to discover and correct the installed hot water hose and/or hose assembly in order to avoid harm and injury to users;

(m) One or more of the defects cited above existed at the time the steamer left the control of Ejoyous/DUU or resulted from a reasonably anticipated alteration or modification of the steamer;

(n) The defendant, Ejoyous/DUU, is liable unto petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.55, as the manufacturer of an unreasonably dangerous product in construction or composition at the time the steamer left control of Ejoyous/DUU and was placed into commerce;

(o) The defendant, Ejoyous/DUU, is liable unto your petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.56 *et seq* in that there existed an alternative design for the hot water hose and/or hose assembly that was capable of preventing petitioner's injuries and it could reasonably foresee the gravity of such injuries, which injuries outweigh the adverse effects, if any, on adopting an alternative design;



(p) The defendant, Ejoyous/DUU, is liable unto petitioner under Louisiana Civil Code
Article 2545, as a seller who knows that the thing he sells has a defect but omits to
declare it, and is liable to the buyer for damages and reasonable attorneys fees.

6.

Alternatively and without waiving the foregoing, Defendants AMAZON.COM, INC.,
AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL
RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE
PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC.
(hereinafter referred to as "THE AMAZON DEFENDANTS") are liable unto your petitioner under
the Louisiana Products Liability Act, LSA-R.S. 9:2800.54 *et seq,* as its product, the aforesaid
sauna, contained characteristics and components which made the sauna unreasonably dangerous
while being used in a reasonably anticipated manner, and which defect(s) was (were) the sole and
proximate cause of petitioner's accident and damages, and/or a proximate and/or contributing
cause of the accident and damages which occurred on January 17, 2023, in the following respects:

(a) The sauna in question is and was unreasonably dangerous in its construction and/or
composition;

(b) The sauna and the hot water hose and/or hose assembly were unreasonably dangerous
in its design;

(c) The sauna was unreasonably dangerous in that it contained inadequate warning or
warnings that the hot water hose and/or hose assembly could come loose, causing
serious injuries to the user;

    a. The danger is not obvious to an ordinary and reasonable user such as your
    petitioner;

    b. Petitioner had no knowledge and no reason to know of the hazards; and

    c. The Amazon Defendants knew or should have known of the hazard.

(d) The steamer is unreasonably dangerous in not conforming to an express warranty as
made by defendant, The Amazon Defendants; Petitioner was induced to use the steamer
by the representation made; the express warranty was untrue and; the Petitioner
sustained damages proximately caused because the warranty was untrue;

(e) The steamer was unreasonably dangerous in that the hot water hose and/or hose
assembly was defective and failed;



(f) The Amazon Defendants failed to inspect the steamer prior to sending the steamer into commerce for defective components, particularly the hot water hose and/or hose assembly;

(g) The Amazon Defendants failed to properly train and assist dealers by warning of defects associated with the steamer;

(h) The Amazon Defendants failed to notify steamer owners that the steamer contained a defect which had been causing problems for owners of the same model which defect was an unreasonable risk of harm which was foreseeable to which The Amazon Defendants had actual and/or constructive notice;

(i) The Amazon Defendants failed to recall all steamer models because it knew or reasonably should have known that the hot water hose and/or hose assembly was defective, unreasonably dangerous and having the potential to come loose, causing injury to its user;

(j) The Amazon Defendants created the condition, by installing the defective component which caused petitioner's injury and/or had actual and constructive notice of the unreasonable risk of harm which caused petitioner's injuries and damages;

(k) The Amazon Defendants failed to reasonably correct the defective condition once it had constructive and actual notice of the defect in the hot water hose and/or hose assembly;

(l) The Amazon Defendants failed to implement corrective measures to discover and correct the installed hot water hose and/or hose assembly in order to avoid harm and injury to users;

(m) One or more of the defects cited above existed at the time the steamer left the control of The Amazon Defendants or resulted from a reasonably anticipated alteration or modification of the steamer;

(n) The Amazon Defendants are liable unto petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.55, as the manufacturer of an unreasonably dangerous product in construction or composition at the time the steamer left control of The Amazon Defendants and was placed into commerce;

(o) The Amazon Defendants are liable unto your petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.56 *et seq* in that there existed an alternative design for



the hot water hose and/or hose assembly that was capable of preventing petitioner's injuries and it could reasonably foresee the gravity of such injuries, which injuries outweigh the adverse effects, if any, on adopting an alternative design;

(p) The Amazon Defendants are liable unto petitioner under Louisiana Civil Code Article 2545, as a seller who knows that the thing he sells has a defect but omits to declare it, and is liable to the buyer for damages and reasonable attorneys fees.

7.

Defendant, The Amazon Defendants, is/are a manufacturer as defined in LSA-R.S. 9:2800.53(1) of small appliances and small appliance equipment, including but not limited to the sauna which was purchased by Petitioner.

8.

Alternatively and without waiving the foregoing, and upon information and belief, defendant, Defendants AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC. and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU are liable to your petitioner under the Louisiana Products Liability Act, LSA-R.S. 9:2800.54 *et seq* as a manufacturer of components of the sauna in question, which components made the bicycle unreasonably dangerous while being used in a reasonably anticipated manner and which defect(s) was (were) the sole and proximate cause of petitioner's accident and damages and/or a proximate and/or contributing cause of the accident and damages which occurred on January 17, 2023, in the following respects:

(a) Component(s) of the sauna in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and were unreasonably dangerous in their construction and/or composition.

(b) Component(s) of the sauna and hot water hose and/or hose assembly in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and were unreasonably dangerous in its design;

(c) Component(s) of the sauna in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and was unreasonably dangerous in that it contained inadequate warning or warnings that the hot water hose could come loose



02/28/2024 13:55:01 CERTIFIED TRUE COPY - Pg:7 of 12 - Jefferson Parish Clerk of Court - ID:2438652

and spray water, causing serious injuries to the user;

    a. The danger is not obvious to an ordinary and reasonable user such as your petitioner;

    b. Petitioner had no knowledge and no reason to know of the hazards; and

    c. (defendant) knew or should have known of the hazard.

(d) Component(s) of the steamer in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and was unreasonably dangerous in not conforming to an express warranty as made by the Amazon Defendants and/or Ejoyous/DUU; Petitioner was induced to use the steamer by the representation made; the express warranty was untrue and; the Petitioner sustained damages proximately caused because the warranty was untrue;

(e) Component(s) of the steamer in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and was unreasonably dangerous in that the hot water hose and/or hose assembly was defective and failed;

(f) The Amazon Defendants and/or Ejoyous/DUU, failed to recall all steamer model components because it knew or reasonably should have known that the hot water hose and/or hose assembly was defective, unreasonably dangerous and having the potential to break loose, causing injury to its user;

(g) The Amazon Defendants and/or Ejoyous/DUU failed to reasonably correct the defective condition once it had constructive and actual notice of the defect in the hot water hose and/or hose assembly;

(h) The Amazon Defendants and/or Ejoyous/DUU failed to implement corrective measures to discover and correct the defective hot water hose and/or hose assembly in order to avoid harm and injury to users;

(i) The Amazon Defendants and/or Ejoyous/DUU is liable unto petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.55, as the manufacturer of an unreasonably dangerous product in construction or composition at the time the steamer left control of the Amazon Defendants and/or Ejoyous/DUU and was placed into commerce;

(j) The Amazon Defendants and/or Ejoyous/DUU is liable unto your petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.56 *et seq* in that there existed an alternative design for the hot water hose and/or hose assembly that was capable of



preventing petitioner's injuries and it could reasonably foresee the gravity of such injuries, which injuries outweigh the adverse effects, if an, on adopting an alternative design;

(k) Petitioner re-alleges all acts of negligence and causes and claims as heretofore and hereinafter reiterated and incorporated in this paragraph as if in extenso.

9.

The Amazon Defendants and/or Ejoyous/DUU, is/are a manufacturer as defined in LSA-R.S. 9:2800.53(1) of small appliances and small appliance equipment, including but not limited to the sauna which was purchased by Petitioner.

10.

A proximate cause of the accident in which petitioner sustained serious injuries and/or a proximate and/or contributing cause of the accident was the negligence of the Amazon Defendants and/or Ejoyous/DUU in the following respects:

(a) Having actual or constructive notice of the unreasonable risk of harm of the hot water hose and/or hose assembly breaking, causing hot water to spew out of the machine, resulting in serious injuries;

(b) Failing to discover that petitioner's steamer contained the defective hot water hose and/or hose assembly;

(c) Failing to warn petitioner that there was a defective hot water hose and/or assembly from the manufacturer, which would have prevented the assembly from breaking on January 17, 2023, causing injuries to petitioner;

(d) By allowing the steamer to be placed on their storefront without a warning of the defective hot water hose and/or hose assembly, which Amazon Defendants and/or Ejoyous/DUU knew was defective;

(e) Amazon Defendants and/or Ejoyous/DUU is/are liable unto petitioner under Louisiana Civil Code Article 2545, as a seller who knows that the thing he sells has a defect but omits to declare it, and is liable to the buyer for damages and reasonable attorney fees.

11.

As a result of the negligence of the defendants, Amazon Defendants and/or Ejoyous/DUU, your petitioner sustained severe, disabling and painful injuries to his entire body, including significant burn to his total body surface area, second and third degree burns to his right side, right



hip, right buttock, and lower extremity, acute pain due to trauma, neuropathic pain, requiring surgical intervention and grafting, resulting in permanent deficits.

12.

As a result of the negligence of the defendants Amazon Defendants and/or Ejoyous/DUU your petitioner, Christian Harvey, incurred medical expenses and related costs, medical bills, hospital charges, physician fees, rehabilitation expenses, disfigurement, scarring, psychological injuries, future medical expenses, and is entitled to an amount commensurate with his damages and injuries to include physical pain and suffering, mental anguish, permanent disability, medical expenses past, present and future, loss of income past, present and future, loss of earning capacity, loss of enjoyment of life, all as reasonable under the premise, to be determined by the trier of fact.

**WHEREFORE,** your petitioner prays that the defendants, AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC., and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU be served with a copy of this petition, that they be duly cited to appear and answer same and after all proceedings there be a judgment against the defendants, AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC., and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU, jointly, severally and in solido, for all damages, in an amount reasonable under the premise, to include physical pain and suffering, mental anguish, permanent disability, medical expenses past, present and future, loss of income past, present and future, loss of earning capacity, scarring, disfigurement, psychological injuries, loss of enjoyment of life, all as reasonable under the premise of this lawsuit, together with legal interest, expenses, penalties, expert fees, all costs, and for all general and equitable relief.

Respectfully submitted:

**Robert G. Harvey, Sr., #18615**
**Hannon Vey Laplace, #33934**
600 North Carrollton Avenue



New Orleans, Louisiana 70119
Telephone:     (504) 822-2136
Facsimile:     (504) 822-2179
rgharvey@bellsouth.net
hvlaplace@gmail.com

**PLEASE SERVE:**

**AMAZON.COM, INC.**                     $EBR\ \#11020,\ \$40.44$

Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, WA 98501

**AMAZON SERVICES, LLC**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON CORPORATE, LLC**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON GLOBAL RESOURCES, INC**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON PAYMENTS, INC. d/b/a AMAZON MARKETPLACE PAYMENTS**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON FULFILLMENT SERVICES, INC.**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON.COM KYDC, INC.**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware, 19808

**SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU,**
wherever found





PRIORITY MAIL

US POSTAGE ᴵᴹᴾ PITNEY BOWES

ZIP 70119
02 7H
0008146581
$ 009.80⁰
JAN 17 2024

*Law Offices of*

ROBERT G. HARVEY, SR., APLC

600 North Carrollton Avenue
New Orleans, Louisiana 70119

TO: 24Th JDC - Civil Records Division
Fax Filing
P.O. Box 10
Gretna, La 70054-0010

RECEIVED VIA MAIL

FILED FOR RECORD 01/29/2024  11:56:33
Gerson J. Caballero, DY CLERK
JEFFERSON PARISH, LA

JON A. GEGENHEIMER

02/28/2024 13:55:01 CERTIFIED TRUE COPY - Pg:12 of 12 - Jefferson Parish Clerk of Court 2024-06652

Filed by: FAX
Date: 2/16/24
Time: 10:30 am
Deputy Clerk:

RECEIVED VIA MAIL

FILED FOR RECORD 01/29/2024  11:56:28
Gerson J. Caballero, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 850-528

DIVISION " "

K

### CHRISTIAN HARVEY

### VERSUS

### AMAZON.COM, INC. and SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI d/b/a "EJOYOUS"

FILED:_____          _____
                                      **DEPUTY CLERK**

### REQUEST FOR WRITTEN NOTICE

TO:   **Clerk of Court**
      **24th Judicial District Court**
      **Parish of Jefferson**
      **200 Derbigny Street**
      **Gretna, LA 70130**

**PLEASE TAKE NOTICE,** that you are hereby requested to provide the undersigned

counsel with written notice of the date of trial of the above matter, as well as notices of hearings

(whether on the merits or otherwise), orders judgments, and interlocutory decree, and any and all

formal steps taken by the parties herein, the Judge, or any member of the court, pursuant to the

Louisiana Code of Civil Procedure and without limitation, Articles 1674, 1913 and 1914.

**YOU ARE HEREBY FURTHER** notified that the undersigned attorneys will represent

Christian Harvey, Petitioner in the above-entitled matter.

Respectfully submitted,

**Robert G. Harvey, Sr., #18615**
**Hannon Vey Laplace, #33934**
600 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone:   (504) 822-2136
Facsimile:   (504) 822-2179
rgharvey@bellsouth.net
hvlaplace@gmail.com



02/28/2024 13:55:57 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2438654



JON A. GEGENHEIMER

# JEFFERSON PARISH CLERK OF COURT

*24th Judicial District Court Civil Records Division – FAX Filing*
P.O. Box 10 ● Gretna LA 70054-0010 ● (504) 364-2971

# FACSIMILE FILING RECEIPT OF TRANSMISSION

To:
ROBERT C HARVEY SR, ATTORNEY
FAX # 504-822-2179
Email: rgharvey@bellsouth.net

January 17          , 20 24

From:  s/ Angela P. Ingraffia          , *Deputy Clerk of Court*
24th JDC FAX Filing ● **(504) 364-2971**

Re:    Case #:          850-528          Div.:    K
       CHRISTIAN  HARVEY vs  AMAZON COM INC, Et Al
       **Case Title:**

**Total Number of Pages:** 12
                          PETITION FOR DAMAGES / REQUEST FOR WRITTEN NOTICE
**Document Type:**

Receipt is hereby acknowledged of the above described document, which was filed at
10:30    [X] A.M. [ ] P.M. on January 15          , 20 24 .

PLEASE TAKE NOTICE that per La. R.S. 13:850, as amended by Act 109 of the 2016 Regular Legislative Session, the following shall be delivered to the clerk of court:
1.  Fees for the facsimile filing and filing of the original document as stated below.
2.  A transmission fee of $5.00.
3.  Original documents identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. Original documents which are not identical to the facsimile filing or which include pages not included in the facsimile filing shall not be considered the original document.

NOTE: Although fees due may be paid by credit card, the facsimile filing shall have no force and effect if the original documents are not delivered to the clerk of court within 7 (seven) days, exclusive of legal holidays, after the clerk of court receives the facsimile filing.

NOTE: Per La. R.S. 13:850, the facsimile filing fee and transmission fee are incurred at the time the clerk of court receives the fax transmission, and the fees are due and payable regardless of whether the original documents are received.

| | |
|---|---|
| [X] Check or money order to "Jefferson Parish Clerk of Court" | $ $945.00 |
| [X] Check or money order payable to "East Baton Rouge Sheriff": | $ 40.44 |
| [ ] Check or money order payable to "Jefferson Parish Sheriff": | $ |
| [ ] Check or money order payable to "Orleans Parish Civil Sheriff": | $ |
| [ ] Check or money order payable to "Louisiana Secretary of State": | $ |
| [ ] Check or money order payable to _____ | : $ |
| [ ] Check or money order payable to _____ | : $ |
| [ ] Send the La. Civil Case Reporting form required per La. R.S. 13:4688. | |
| [ ] Other: | |

Payments to Jefferson Parish Clerk of Court can be made by credit card, all other payments must be sent by check or money order.
To pay by credit card go to: https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit
select court "24th Civil JDC" and enter this case number.

**\*\*\*PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT**
Received: Jan 15 2024 10:30:40 Pages: 12  JobID:email_64EMK1W6IT
**WHEN ORIGINAL PLEADING IS SUBMITTED.\*\*\***

Case:850528 Div:K ID:74074       10:30:40 Case:850528 Div:K ID:74074       Filed:01/15/2024 Fax   24th JDC Civil Fax Filed:01/15/2024

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

**STATE OF LOUISIANA**

NO.                                                                    DIVISION " "

**CHRISTIAN HARVEY**

**VERSUS**

**AMAZON.COM, INC. and SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI
d/b/a "EJOYOUS"**

FILED:_____                    _____
                                                                          **DEPUTY CLERK**

## PETITION FOR DAMAGES

The petition of Christian Harvey, resident(s) of the Parish of Jefferson, State of Louisiana,
respectfully represents that:

1.

Made defendants herein are:

a) **AMAZON.COM, INC.,** a foreign corporation doing business in the state of Louisiana
that can be served via the Louisiana Long Arm statute through its registered agent for
service of process, Corporation Service Company, 300 Deschutes Way SW, Suite 208
MC-CSC1, Tumwater, WA 98501;

b) **AMAZON SERVICES, LLC,** a foreign corporation doing business in the state of
Louisiana that can be served via the Louisiana Long Arm statute through its registered
agent for service of process, Corporation Service Company, 300 Deschutes Way SW,
Suite 304, Tumwater, WA 98501;

c) **AMAZON CORPORATE, LLC,** a foreign corporation doing business in the state of
Louisiana that can be served via the Louisiana Long Arm statute through its registered
agent for service of process, Corporation Service Company, 300 Deschutes Way SW,
Suite 304, Tumwater, WA 98501;

d) **AMAZON GLOBAL RESOURCES, INC,** a foreign corporation doing business in
the state of Louisiana that can be served via the Louisiana Long Arm statute through
its registered agent for service of process, Corporation Service Company, 300
Deschutes Way SW, Suite 304, Tumwater, WA 98501;

e) **AMAZON PAYMENTS, INC. d/b/a AMAZON MARKETPLACE PAYMENTS,**



02/28/2024 14:00:06 CERTIFIED TRUE COPY - Pg:2 of 13 - Jefferson Parish Clerk of Court - ID:2438663

24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

a foreign corporation doing business in the state of Louisiana that can be served via the Louisiana Long Arm statute through its registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802;

f) **AMAZON FULFILLMENT SERVICES, INC.**, a foreign corporation doing business in the state of Louisiana that can be served via the Louisiana Long Arm statute through its registered agent for service of process, Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501;

g) **AMAZON.COM KYDC, INC.**, a foreign corporation doing business in the state of Louisiana that can be served via the Louisiana Long Arm statute through its registered agent for service of process, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808;

h) **SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU**, a foreign corporation that is authorized to do and doing business in the State of Louisiana that can be served wherever found;

Sometimes hereinafter collectively referred to as "Defendants", who are truly and justly indebted unto your petitioner(s) for the following reasons to-wit:

2.

On or about the 17th day of January, 2023, your petitioner(s), Christian Harvey, was operating an "Ejoyous 2L Sauna Steamer Portable Sauna Steam Generator Home Spa Fumigation Machine Stainless Steel Therapy Steamer Pot with Remote Control for Body" manufactured and/or distributed by the Defendants AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC., and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU.

3.

While petitioner was using the portable sauna, suddenly and without warning, and through no fault of petitioner, the hot water hose pulled from the unit, spilling hot water onto petitioner, causing 2nd and 3rd degree burns to petitioner's right hip, buttock, and lower leg, and causing permanent injury. The burns were extensive enough to require a skin graft which occurred at University Medical Center a few days later.



24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

4.

Defendant, Ejoyous/DUU, is a manufacturer as defined in LSA-R.S. 9:2800.53(1) of small appliances and small appliance equipment, including but not limited to the sauna which was purchased by Petitioner.

5.

The defendant, Ejoyous/DUU, is liable unto your petitioner under the Louisiana Products Liability Act, LSA-R.S. 9:2800.54 *et seq*, as its product, the aforesaid sauna, contained characteristics and components which made the sauna unreasonably dangerous while being used in a reasonably anticipated manner, and which defect(s) was (were) the sole and proximate cause of petitioner's accident and damages, and/or a proximate and/or contributing cause of the accident and damages which occurred on January 17, 2023, in the following respects:

(a) The sauna in question is and was unreasonably dangerous in its construction and/or composition;

(b) The sauna and the hot water hose and/or hose assembly were unreasonably dangerous in its design;

(c) The sauna was unreasonably dangerous in that it contained inadequate warning or warnings that the hot water hose and/or hose assembly could come loose, causing serious injuries to the user;

    a. The danger is not obvious to an ordinary and reasonable user such as your petitioner;

    b. Petitioner had no knowledge and no reason to know of the hazards; and

    c. Ejoyous/DUU knew or should have known of the hazard.

(d) The steamer is unreasonably dangerous in not conforming to an express warranty as made by defendant, Ejoyous/DUU; Petitioner was induced to use the steamer by the representation made; the express warranty was untrue and; the Petitioner sustained damages proximately caused because the warranty was untrue;

(e) The steamer was unreasonably dangerous in that the hot water hose and/or hose assembly was defective and failed;

(f) The defendant, Ejoyous/DUU, failed to inspect the steamer prior to sending the steamer into commerce for defective components, particularly the hot water hose and/or hose assembly;



24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

(g) The defendant, Ejoyous/DUU, failed to properly train and assist dealers by warning of defects associated with the steamer;

(h) The defendant, Ejoyous/DUU, failed to notify steamer owners that the steamer contained a defect which had been causing problems for owners of the same model which defect was an unreasonable risk of harm which was foreseeable to which Ejoyous/DUU had actual and/or constructive notice;

(i) The defendant, Ejoyous/DUU, failed to recall all steamer models because it knew or reasonably should have known that the hot water hose and/or hose assembly was defective, unreasonably dangerous and having the potential to come loose, causing injury to its user;

(j) The defendant, Ejoyous/DUU, created the condition, by installing the defective component which caused petitioner's injury and/or had actual and constructive notice of the unreasonable risk of harm which caused petitioner's injuries and damages;

(k) The defendant Ejoyous/DUU failed to reasonably correct the defective condition once it had constructive and actual notice of the defect in the hot water hose and/or hose assembly;

(l) The defendant Ejoyous/DUU failed to implement corrective measures to discover and correct the installed hot water hose and/or hose assembly in order to avoid harm and injury to users;

(m) One or more of the defects cited above existed at the time the steamer left the control of Ejoyous/DUU or resulted from a reasonably anticipated alteration or modification of the steamer;

(n) The defendant, Ejoyous/DUU, is liable unto petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.55, as the manufacturer of an unreasonably dangerous product in construction or composition at the time the steamer left control of Ejoyous/DUU and was placed into commerce;

(o) The defendant, Ejoyous/DUU, is liable unto your petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.56 *et seq* in that there existed an alternative design for the hot water hose and/or hose assembly that was capable of preventing petitioner's injuries and it could reasonably foresee the gravity of such injuries, which injuries outweigh the adverse effects, if any, on adopting an alternative design;



(p) The defendant, Ejoyous/DUU, is liable unto petitioner under Louisiana Civil Code Article 2545, as a seller who knows that the thing he sells has a defect but omits to declare it, and is liable to the buyer for damages and reasonable attorneys fees.

6.

Alternatively and without waiving the foregoing. Defendants AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC. (hereinafter referred to as "THE AMAZON DEFENDANTS") are liable unto your petitioner under the Louisiana Products Liability Act, LSA-R.S. 9:2800.54 *et seq,* as its product, the aforesaid sauna, contained characteristics and components which made the sauna unreasonably dangerous while being used in a reasonably anticipated manner, and which defect(s) was (were) the sole and proximate cause of petitioner's accident and damages, and/or a proximate and/or contributing cause of the accident and damages which occurred on January 17, 2023, in the following respects:

(a) The sauna in question is and was unreasonably dangerous in its construction and/or composition;

(b) The sauna and the hot water hose and/or hose assembly were unreasonably dangerous in its design;

(c) The sauna was unreasonably dangerous in that it contained inadequate warning or warnings that the hot water hose and/or hose assembly could come loose, causing serious injuries to the user;

    a. The danger is not obvious to an ordinary and reasonable user such as your petitioner;

    b. Petitioner had no knowledge and no reason to know of the hazards; and

    c. The Amazon Defendants knew or should have known of the hazard.

(d) The steamer is unreasonably dangerous in not conforming to an express warranty as made by defendant, The Amazon Defendants; Petitioner was induced to use the steamer by the representation made; the express warranty was untrue and; the Petitioner sustained damages proximately caused because the warranty was untrue;

(e) The steamer was unreasonably dangerous in that the hot water hose and/or hose assembly was defective and failed;



24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

(f) The Amazon Defendants failed to inspect the steamer prior to sending the steamer into commerce for defective components, particularly the hot water hose and/or hose assembly;

(g) The Amazon Defendants failed to properly train and assist dealers by warning of defects associated with the steamer;

(h) The Amazon Defendants failed to notify steamer owners that the steamer contained a defect which had been causing problems for owners of the same model which defect was an unreasonable risk of harm which was foreseeable to which The Amazon Defendants had actual and/or constructive notice;

(i) The Amazon Defendants failed to recall all steamer models because it knew or reasonably should have known that the hot water hose and/or hose assembly was defective, unreasonably dangerous and having the potential to come loose, causing injury to its user;

(j) The Amazon Defendants created the condition, by installing the defective component which caused petitioner's injury and/or had actual and constructive notice of the unreasonable risk of harm which caused petitioner's injuries and damages;

(k) The Amazon Defendants failed to reasonably correct the defective condition once it had constructive and actual notice of the defect in the hot water hose and/or hose assembly;

(l) The Amazon Defendants failed to implement corrective measures to discover and correct the installed hot water hose and/or hose assembly in order to avoid harm and injury to users;

(m) One or more of the defects cited above existed at the time the steamer left the control of The Amazon Defendants or resulted from a reasonably anticipated alteration or modification of the steamer;

(n) The Amazon Defendants are liable unto petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.55, as the manufacturer of an unreasonably dangerous product in construction or composition at the time the steamer left control of The Amazon Defendants and was placed into commerce;

(o) The Amazon Defendants are liable unto your petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.56 *et seq* in that there existed an alternative design for



24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

the hot water hose and/or hose assembly that was capable of preventing petitioner's injuries and it could reasonably foresee the gravity of such injuries, which injuries outweigh the adverse effects, if any, on adopting an alternative design;

(p) The Amazon Defendants are liable unto petitioner under Louisiana Civil Code Article 2545, as a seller who knows that the thing he sells has a defect but omits to declare it, and is liable to the buyer for damages and reasonable attorneys fees.

7.

Defendant, The Amazon Defendants, is/are a manufacturer as defined in LSA-R.S. 9:2800.53(1) of small appliances and small appliance equipment, including but not limited to the sauna which was purchased by Petitioner.

8.

Alternatively and without waiving the foregoing, and upon information and belief, defendant, Defendants AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC. and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU  are liable to your petitioner under the Louisiana Products Liability Act, LSA-R.S. 9:2800.54 *et seq* as a manufacturer of components of the sauna in question, which components made the bicycle unreasonably dangerous while being used in a reasonably anticipated manner and which defect(s) was (were) the sole and proximate cause of petitioner's accident and damages and/or a proximate and/or contributing cause of the accident and damages which occurred on January 17, 2023, in the following respects:

(a) Component(s) of the sauna in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and were unreasonably dangerous in their construction and/or composition.

(b) Component(s) of the sauna and hot water hose and/or hose assembly in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and were unreasonably dangerous in its design;

(c) Component(s) of the sauna in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and was unreasonably dangerous in that it contained inadequate warning or warnings that the hot water hose could come loose



24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

and spray water, causing serious injuries to the user;

    a. The danger is not obvious to an ordinary and reasonable user such as your petitioner;

    b. Petitioner had no knowledge and no reason to know of the hazards; and

    c. (defendant) knew or should have known of the hazard.

(d) Component(s) of the steamer in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and was unreasonably dangerous in not conforming to an express warranty as made by the Amazon Defendants and/or Ejoyous/DUU; Petitioner was induced to use the steamer by the representation made; the express warranty was untrue and; the Petitioner sustained damages proximately caused because the warranty was untrue;

(e) Component(s) of the steamer in question manufactured and supplied by the Amazon Defendants and/or Ejoyous/DUU is and was unreasonably dangerous in that the hot water hose and/or hose assembly was defective and failed;

(f) The Amazon Defendants and/or Ejoyous/DUU, failed to recall all steamer model components because it knew or reasonably should have known that the hot water hose and/or hose assembly was defective, unreasonably dangerous and having the potential to break loose, causing injury to its user;

(g) The Amazon Defendants and/or Ejoyous/DUU failed to reasonably correct the defective condition once it had constructive and actual notice of the defect in the hot water hose and/or hose assembly;

(h) The Amazon Defendants and/or Ejoyous/DUU failed to implement corrective measures to discover and correct the defective hot water hose and/or hose assembly in order to avoid harm and injury to users;

(i) The Amazon Defendants and/or Ejoyous/DUU is liable unto petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.55, as the manufacturer of an unreasonably dangerous product in construction or composition at the time the steamer left control of the Amazon Defendants and/or Ejoyous/DUU and was placed into commerce;

(j) The Amazon Defendants and/or Ejoyous/DUU is liable unto your petitioner under Louisiana Products Liability Act LSA-R.S. 9:2800.56 *et seq* in that there existed an alternative design for the hot water hose and/or hose assembly that was capable of



02/28/2024 14:00:06 CERTIFIED TRUE COPY - Pg:9 of 13 - Jefferson Parish Clerk of Court - ID:2438663

24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074



preventing petitioner's injuries and it could reasonably foresee the gravity of such injuries, which injuries outweigh the adverse effects, if an, on adopting an alternative design;

(k) Petitioner re-alleges all acts of negligence and causes and claims as heretofore and hereinafter reiterated and incorporated in this paragraph as if in extenso.

9.

The Amazon Defendants and/or Ejoyous/DUU, is/are a manufacturer as defined in LSA-R.S. 9:2800.53(1) of small appliances and small appliance equipment, including but not limited to the sauna which was purchased by Petitioner.

10.

A proximate cause of the accident in which petitioner sustained serious injuries and/or a proximate and/or contributing cause of the accident was the negligence of the Amazon Defendants and/or Ejoyous/DUU in the following respects:

(a) Having actual or constructive notice of the unreasonable risk of harm of the hot water hose and/or hose assembly breaking, causing hot water to spew out of the machine, resulting in serious injuries;

(b) Failing to discover that petitioner's steamer contained the defective hot water hose and/or hose assembly;

(c) Failing to warn petitioner that there was a defective hot water hose and/or assembly from the manufacturer, which would have prevented the assembly from breaking on January 17, 2023, causing injuries to petitioner;

(d) By allowing the steamer to be placed on their storefront without a warning of the defective hot water hose and/or hose assembly, which Amazon Defendants and/or Ejoyous/DUU knew was defective;

(e) Amazon Defendants and/or Ejoyous/DUU is/are liable unto petitioner under Louisiana Civil Code Article 2545, as a seller who knows that the thing he sells has a defect but omits to declare it, and is liable to the buyer for damages and reasonable attorney fees.

11.

As a result of the negligence of the defendants, Amazon Defendants and/or Ejoyous/DUU, your petitioner sustained severe, disabling and painful injuries to his entire body, including significant burn to his total body surface area, second and third degree burns to his right side, right

02/28/2024 14:00:06 CERTIFIED TRUE COPY - Pg:10 of 13 - Jefferson Parish Clerk of Court - ID:2438663

24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

hip, right buttock, and lower extremity, acute pain due to trauma, neuropathic pain, requiring surgical intervention and grafting, resulting in permanent deficits.

12.

As a result of the negligence of the defendants Amazon Defendants and/or Ejoyous/DUU your petitioner, Christian Harvey, incurred medical expenses and related costs, medical bills, hospital charges, physician fees, rehabilitation expenses, disfigurement, scarring, psychological injuries, future medical expenses, and is entitled to an amount commensurate with his damages and injuries to include physical pain and suffering, mental anguish, permanent disability, medical expenses past, present and future, loss of income past, present and future, loss of earning capacity, loss of enjoyment of life, all as reasonable under the premise, to be determined by the trier of fact.

**WHEREFORE,** your petitioner prays that the defendants, AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC., and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU be served with a copy of this petition, that they be duly cited to appear and answer same and after all proceedings there be a judgment against the defendants, AMAZON.COM, INC., AMAZON SERVICES, LLC, AMAZON CORPORATE, LLC, AMAZON GLOBAL RESOURCES, INC., AMAZON PAYMENTS, INC., d/b/a AMAZON MARKETPLACE PAYMENTS, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM KYDC, INC., and/or SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU, jointly, severally and in solido, for all damages, in an amount reasonable under the premise, to include physical pain and suffering, mental anguish, permanent disability, medical expenses past, present and future, loss of income past, present and future, loss of earning capacity, scarring, disfigurement, psychological injuries, loss of enjoyment of life, all as reasonable under the premise of this lawsuit, together with legal interest, expenses, penalties, expert fees, all costs, and for all general and equitable relief.

Respectfully submitted:

Robert G. Harvey, Sr., #18615
Hannon Vey Laplace, #33934
600 North Carrollton Avenue



24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

New Orleans, Louisiana 70119
Telephone:     (504) 822-2136
Facsimile:     (504) 822-2179
rgharvey@bellsouth.net
hvlaplace@gmail.com



**PLEASE SERVE:**

**AMAZON.COM, INC.**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, WA 98501

**AMAZON SERVICES, LLC**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON CORPORATE, LLC**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON GLOBAL RESOURCES, INC**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON PAYMENTS, INC. d/b/a AMAZON MARKETPLACE PAYMENTS**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**AMAZON FULFILLMENT SERVICES, INC.**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

**AMAZON.COM KYDC, INC.**
Through the Louisiana Long Arm Statute
through its registered agent for service of process
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware, 19808

**SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI, d/b/a/ EJOYOUS and/or DUU,**
wherever found



02/28/2024 14:00:06 CERTIFIED TRUE COPY - Pg:12 of 13 - Jefferson Parish Clerk of Court - ID:2438663

24th JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO.                                                    DIVISION " "

### CHRISTIAN HARVEY

### VERSUS

### AMAZON.COM, INC. and SHEN ZHEN SHI ZHAO TAO KE JI YOU XIAN GONG SI d/b/a "EJOYOUS"

FILED:_____     _____
                                          **DEPUTY CLERK**

### REQUEST FOR WRITTEN NOTICE

TO:   **Clerk of Court**
      **24th Judicial District Court**
      **Parish of Jefferson**
      **200 Derbigny Street**
      **Gretna, LA 70130**

**PLEASE TAKE NOTICE,** that you are hereby requested to provide the undersigned counsel with written notice of the date of trial of the above matter, as well as notices of hearings (whether on the merits or otherwise), orders judgments, and interlocutory decree, and any and all formal steps taken by the parties herein, the Judge, or any member of the court, pursuant to the Louisiana Code of Civil Procedure and without limitation, Articles 1674, 1913 and 1914.

**YOU ARE HEREBY FURTHER** notified that the undersigned attorneys will represent Christian Harvey, Petitioner in the above-entitled matter.

Respectfully submitted,

_____
**Robert G. Harvey, Sr., #18615**
**Hannon Vey Laplace, #33934**
600 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone:    (504) 822-2136
Facsimile:    (504) 822-2179
rgharvey@bellsouth.net
hvlaplace@gmail.com

24th JDC JDC Civil Fax Filed:01/15/2024 10:30:40 Case:850528 Div:K ID:74074



02/28/2024 14:00:06 CERTIFIED TRUE COPY - Pg:13 of 13 - Jefferson Parish Clerk of Court - ID:2438663

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN
NOTICE                                                                                    240131-4786-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CHRISTIAN HARVEY                                    Case: 850-528    Div: "K"
    versus                                                 P 1 CHRISTIAN HARVEY
AMAZON COM INC, ET AL

To: AMAZON COM INC
THROUGH THE LOUISIANA LONG ARM STATUS
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:                                            LA Long Arm
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW SUITE 208 MC-CSC1
TUMWATER WA 98501

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in
the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within
**THIRTY (30) CALENDAR** days after the return of service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the
Clerk of Court on the 31st day of January, 2024.

                        /s/ Karen F Mcevers
                        Karen F Mcevers, Deputy Clerk of Court for
                        Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN
NOTICE                                                                                    240131-4786-3

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal                    ___ Domicilary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                        ___ Received too late to serve
___ Moved                        ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  #_____
                        Deputy Sheriff
Parish of: _____

Imaged 01/31/2024 09:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE                                240131-4787-1

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CHRISTIAN  HARVEY
versus
AMAZON COM INC, ET AL

Case: 850-528    Div: "K"
P 1 CHRISTIAN HARVEY

To:  AMAZON SERVICES LLC
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW SUITE 304
TUMWATER WA 98501

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the return of service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the Clerk of Court on the 31st day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE                                240131-4787-1

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal                  ___ Domiciliary _____

Unable to serve:
___ Not at this address       ___ Numerous attempts _____ times
___ Vacant                    ___ Received too late to serve
___ Moved                     ___ No longer works at this address
___ No such address           ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____



Imaged 01/31/2024 09:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
02/28/2024 13:59:25 CERTIFIED TRUE COPY - Pg:2 of 6 - Jefferson Parish Clerk of Court - ID:2438661

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN
NOTICE                                                           240131-4788-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CHRISTIAN  HARVEY                          Case: 850-528    Div: "K"
       versus                              P 1 CHRISTIAN HARVEY
AMAZON COM INC, ET AL

To:  AMAZON CORPORATE LLC
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:                                LA Long Arm
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW SUITE 304
TUMWATER WA 98501

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in
the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within
**THIRTY (30) CALENDAR** days after the return of service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the
Clerk of Court on the 31st day of January, 2024.

                    /s/ Karen F Mcevers
                    Karen F Mcevers, Deputy Clerk of Court for
                    Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN       240131-4788-9
NOTICE

Received:_____   Served:_____   Returned:_____

Service was made:
       ___ Personal              ___ Domicilary _____

Unable to serve:
       ___ Not at this address   ___ Numerous attempts _____ times
       ___ Vacant                ___ Received too late to serve
       ___ Moved                 ___ No longer works at this address
       ___ No such address       ___ Need apartment / building number
       ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____



Imaged 01/31/2024 09:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE                                   240131-4789-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CHRISTIAN HARVEY
    versus
AMAZON COM INC, ET AL

Case: 850-528   Div: "K"
P 1 CHRISTIAN HARVEY

To:  AMAZON GLOBAL RESOURCES INC
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:                                                                          LA Long Arm
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW SUITE 304
TUMWATER WA 98501

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the return of service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the Clerk of Court on the 31st day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE                                   240131-4789-7

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal                           ___ Domiciliary _____

Unable to serve:
   ___ Not at this address         ___ Numerous attempts _____ times
   ___ Vacant                             ___ Received too late to serve
   ___ Moved                             ___ No longer works at this address
   ___ No such address             ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
               Deputy Sheriff
Parish of: _____



Imaged 01/31/2024 09:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE                                      240131-4790-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

CHRISTIAN HARVEY
   versus
AMAZON COM INC, ET AL

Case: 850-528   Div: "K"
P 1 CHRISTIAN HARVEY

To: AMAZON FULFILLMENT SERVICES INC
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:                                                          LA Long Arm
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW SUITE 304
TUMWATER WA 98501

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the return of service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the Clerk of Court on the 31st day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE                                      240131-4790-5

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal                    ___ Domiciliary _____

Unable to serve:
   ___ Not at this address       ___ Numerous attempts _____ times
   ___ Vacant                   ___ Received too late to serve
   ___ Moved                    ___ No longer works at this address
   ___ No such address          ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
             Deputy Sheriff
Parish of: _____



Imaged 01/31/2024 09:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE

240131-4791-3

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

CHRISTIAN HARVEY
   versus
AMAZON COM INC, ET AL

Case: 850-528   Div: "K"
P 1 CHRISTIAN HARVEY

To: AMAZON COM KYDC INC
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON DE 19808

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the return of service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the Clerk of Court on the 31st day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE

240131-4791-3

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal            ___ Domiciliary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved               ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
             Deputy Sheriff
Parish of: _____



Imaged 01/31/2024 09:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE

240131-4807-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CHRISTIAN HARVEY
   versus
AMAZON COM INC, ET AL

Case: 850-528    Div: "K"
P 1 CHRISTIAN HARVEY

To: AMAZON PAYMENTS INC
D/B/A AMAZON MARKETPLACE PAYMENTS
THROUGH THE LOUISIANA LONG ARM STATUTE
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

EBR CK #11020 $40.44

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **TWENTY-ONE (21) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the Clerk of Court on the 31st day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE

240131-4807-7

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal        ___ Domicilary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address       ___ Need apartment / building number
   ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____



Imaged 01/31/2024 10:15 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



**(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE**

240131-4807-7

FILED FOR RECORD 02/23/2024 11:13:48
Deborah A. Bolotte DY CLERK
JEFFERSON PARISH LA

**24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA**

CHRISTIAN  HARVEY
versus
AMAZON COM INC, ET AL

Case: 850-528    Div: "K"
P 1 CHRISTIAN HARVEY

To:  AMAZON PAYMENTS INC
D/B/A AMAZON MARKETPLACE PAYMENTS
THROUGH THE LOUISIANA LONG ARM STATUTE
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

EBR CK #11020 $40.44

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR WRITTEN NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **TWENTY-ONE (21) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT G. HARVEY SR and was issued by the Clerk of Court on the 31st day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

**SERVICE INFORMATION**

**(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE**

240131-4807-7

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal                    ____ Domiciliary _____

Unable to serve:
___ Not at this address        ___ Numerous attempts _____ times
___ Vacant                     ___ Received too late to serve
___ Moved                      ___ No longer works at this address
___ No such address            ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   # _____
            Deputy Sheriff

Parish of: _____

I made service on the named party through the CORPORATION SERVICE COMPANY

FEB 09 2024

by tendering a copy of this document to
Trula Brousseau

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

FEB 08 2024

E.B.R.S. SHERIFFS OFFICE

